# NON-NEGOTIABLE NOTICE OF ACCEPTANCE



3:26 pm, 8/15/23
**U.S. Magistrate Judge**

Notice Date:     Day: Eleven          Month: Eight          Year: 2023 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

In reply to: "**United States District Court Violation Notice Location Code WYNP Violation Number 9112547 Officer Name** Dedra Martin Officer No. 2974 08/10/23 13:23 APPEARANCE IS REQUIRED A YOUR COURT DATE Court Address MAMMOTH COURT Date 08/17/2020 Time 13:30 *9112547*, **INSTRUCTIONS - KEEP THIS COPY FOR YOUR RECORDS -** If BOX A YOU MUST APPEAR IN COURT Central Violations Bureau P.O. Box 780549 San Antonio, TX 78278-0549, **United States District Court Violation Notice WHAT IF I HAVE QUESTIONS? PAYMENT INSTRUCTIONS** Central Violations Bureau PO Box 780549 San Antonio, TX 78278, **United States Department of the Interior** National Park Service Yellowstone National Park PO Box 168 Yellowstone National Park, WY 82190 **MANDATORY APPEARANCE INFORMATION** Federal Court in Mammoth Hot Springs, Yellowstone National Park, WY 82190 *This is the only court that will hear your case Revised 04/18/2023*"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "**United States District Court Violation Notice Location Code** WYNP **Violation Number** 9112547 Officer Name Dedra Martin Officer No. 2974 08/10/23 13:23 APPEARANCE IS REQUIRED A YOUR COURT DATE Court Address MAMMOTH COURT Date 08/17/2020 Time 13:30 **\*9112547\*, INSTRUCTIONS - KEEP THIS COPY FOR YOUR RECORDS -** If BOX A YOU MUST APPEAR IN COURT Central Violations Bureau P.O. Box 780549 San Antonio, TX 78278-0549, **United States District Court Violation Notice WHAT IF I HAVE QUESTIONS? PAYMENT INSTRUCTIONS** Central Violations Bureau PO Box 780549 San Antonio, TX 78278, **United States Department of the Interior** National Park Service Yellowstone National Park PO Box 168 Yellowstone National Park, WY 82190 **MANDATORY APPEARANCE INFORMATION** Federal Court in Mammoth Hot Springs, Yellowstone National Park, WY 82190 *This is the only court that will hear your case Revised 04/18/2023*" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date:

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 9112547 and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**

Notice Date:    Day: Eleven          Month: Eight        Year: 2023 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "**United States District Court Violation Notice Location Code** WYNP **Violation Number** 9112547 Officer Name Dedra Martin Officer No. 2974 08/10/23 13:23 APPEARANCE IS REQUIRED A YOUR COURT DATE  Court Address MAMMOTH COURT Date 08/17/2020 Time 13:30 **\*9112547\***, **INSTRUCTIONS - KEEP THIS COPY FOR YOUR RECORDS -** If BOX A YOU MUST APPEAR IN COURT Central Violations Bureau P.O. Box 780549 San Antonio, TX 78278-0549, **United States District Court Violation Notice WHAT IF I HAVE QUESTIONS? PAYMENT INSTRUCTIONS** Central Violations Bureau PO Box 780549 San Antonio, TX 78278, **United States Department of the Interior** National Park Service Yellowstone National Park PO Box 168 Yellowstone National Park, WY 82190 **MANDATORY APPEARANCE INFORMATION** Federal Court in Mammoth Hot Springs, Yellowstone National Park, WY 82190 *This is the only court that will hear your case Revised 04/18/2023*"

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Officer Dedra Martin, ℅ Clerk of the Court, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Honorable Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Chief Judge Honorable Scott W. Skavdahl, 111 South Wolcott, Casper, Wyoming 82601-2534
cc: Ariel C. Calmes, P.O. Box 580, Evanston, Wyoming 82931-0580
cc: United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602-5010
cc: Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278-0549
cc: United States Department of the Interior, National Park Service, Yellowstone National Park, PO Box 168, Yellowstone National Park, Wyoming 82190

**United States District Court**
**Violation Notice**

"Accepted"

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYNP | 9112547 | DEDHA MANW | 29?? |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 08/10/23 13.23 | 36 CFR 4.21C |

Place of Offense: EXCEEDING THE SPEED LIMIT 65 mph IN 25 MPH

Offense Description: Factual Basis for Charge     HAZMAT ☐

EAST of PELICAN BRIDGE. IS STOP. SPEED OCCURRED IN FISHING BRIDGE JUST EAST.

AUG 1 1 2023

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| BAAWKS | NATHAN | E. |

### VEHICLE      VIN:      CMV ☐

| Tag No. | State | Year | Make/Model     PASS ☐ | Color |
|---|---|---|---|---|
| MOC-JR8 | WA | ~ | HONDA | WHITE |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions (on reverse side). | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side). |
| | $          Forfeiture Amount |
| | + $30  Processing Fee |
| **PAY THIS AMOUNT AT** **www.cvb.uscourts.gov** → | $          Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date |
|---|---|
| MAMMOTH COURT | 08/17/2020 |
| | Time (hh:mm) 13:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Defendant Copy

*9112547*

## INSTRUCTIONS
## - KEEP THIS COPY FOR YOUR RECORDS -

Phone Number: 800-827-2982   Email: info@cvb.uscourts.gov

"**Accepted**"

A. If BOX A on the face of this Violation Notice is checked, you MUST APPEAR IN COURT at the date, time, and place shown. If no date, time, and place are shown then you will be notified by mail of when and where to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 60 days, call the CVB at 800-827-2982.

AUG 1 1 2023

B. If BOX B is checked on the face of this Violation Notice, YOU MUST DO ONE OF THE FOLLOWING:

1.   PAY A FIXED SUM IN LIEU OF APPEARING IN COURT. To end your case without appearing in court, submit payment on-line (www.cvb.uscourts.gov), by phone (800-827-2982), or by mail. Checks or money orders should be mailed to the address below. Include a copy of your Violation Notice with your payment. DO NOT SEND CASH. Write the violation number and location code that appear on the top front portion of the Violation Notice on your check or money order and make it payable to the "Central Violations Bureau." Keep a copy of the violation notice for your records. Make your payment within 30 days of your hearing date.

*Nathan Edward Banks*

By paying the amount due you may be admitting to a criminal offense and a conviction may appear in a public record with adverse consequences to you. You have a right to know more about the charge against you and may obtain a complete statement of the charge by calling the Central Violations Bureau at 800-827-2982. By paying the amount due you waive your right (1) to contest this violation notice, (2) to a trial, and (3) to be represented by counsel.

If you are charged with a motor vehicle violation, your payment may be reported to your state's motor-vehicle or driver-licensing agency. As a result, points may be assessed against your driving record, your license or registration may be suspended, and additional fees may be imposed by your state. A drivers-education course may be an option to avoid these consequences. If you are interested in a driver-education course, do not pay the amount due. Call the Central Violations Bureau at 800-827-2982 for further information.

### OR

2.   APPEAR IN COURT. If a date, time, and place for you to appear in court is shown on the front of this Violation Notice, you must appear in court at that time. If no date is shown, you will be notified by mail of the date and time to appear. You must notify the Central Violations Bureau in writing if you change your address. If you have not received a "Notice to Appear" within 60 days, call the Central Violations Bureau at 800-827-2982. If you appear before the court and plead guilty, or are convicted after trial, the court may impose any penalty the law authorizes, not limited to the amount due shown on the violation notice, and will add a special assessment of $5, $10, or $25 for each offense.

### NOTICE

If you fail to pay the amount due or to appear in court on the date and time scheduled, the United States District Court may issue a summons ordering you to appear or issue a warrant for your arrest. If you are charged with a motor-vehicle violation, the court may also report your failure to pay or appear to your state's motor-vehicle or driver-licensing agency, which may affect your driving privileges, or your vehicle registration, or both.

Pay Online at:
www.cvb.uscourts.gov

Address:
Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Phone Number: 800-827-2982   Email: info@cvb.uscourts.gov

## United States District Court
## Violation Notice

**WWW.CVB.USCOURTS.GOV**



"Accepted"

The Central Violations Bureau (CVB) is a national center managed by the Administrative Office of the U.S. Courts charged with processing violation notices (tickets) issued by federal law enforcement personnel.

### WHAT IF I HAVE QUESTIONS?

Visit www.cvb.uscourts.gov to find more information about your options after receiving a U.S. District Court Violation Notice. To speak with a representative, call 800-827-2982 Monday through Friday between 8:00 AM and 6:00 PM Central Time, excluding federal holidays. The CVB is available by email to info@cvb.uscourts.gov.

AUG 1 1 2023

### PAYMENT INSTRUCTIONS

Visit www.cvb.uscourts.gov to pay your violation notice on-line. To pay by phone, call 800-827-2982 during business hours. To pay your violation by check or money order, mail a copy of your violation notice along with your payment to the address below. Be sure to write the location code and violation notice number on your payment.

DO NOT SEND CASH.  Make check or money order payable to:

Central Violations Bureau
PO Box 780549
San Antonio, TX 78278

*Nathan Edward Banks*

### PRIVACY ACT DISCLOSURE STATEMENT

Furnishing your social security number (SSN) on this notice is mandatory under the Debt Collection Improvement Act of 1996, 31 U.S.C. § 7701(c).  Your SSN may be used to facilitate collection of forfeited collateral or any adjudicated fines and penalties, and may be disclosed to the U.S. Department of Justice and the Internal Revenue Service for this purpose.  Your SSN may also be disclosed to other federal, state, or local law enforcement agencies in connection with other possible violations of law.

Defendant Copy

"Accepted"
AUG 1 1 2023
*Nathan Edward Banks*



**United States Department of the Interior**
National Park Service
Yellowstone National Park
PO Box 168
Yellowstone National Park, WY 82190



**MANDATORY APPEARANCE INFORMATION**

**Contacting the United States District Court**: You have been issued a Federal mandatory appearance Violation Notice (VN) which requires you to appear in Federal Court in Mammoth Hot Springs, Yellowstone National Park,WY 82190. *This is the only court that will hear your case.* In the bottom right corner of your VN is the date and time of your court appearance. In some cases, the judge *may* give you permission to have your hearing by Zoom or by phone. Please contact the United States District Court in Yellowstone directly at: YNP_DC@wyd.uscourts.gov.

**Maximum Penalty**: This is a Class B misdemeanor with a maximum penalty on each charge of up to 6 months in jail, a $5,000 fine, and 5 years of probation, along with a potential ban from the park. In every case, you have the right to hire an attorney to represent you. Depending on the nature of your case and your financial capabilities, you may qualify to have the court pay for your defense attorney.

**Contacting the Assistant United States Attorney (AUSA)**: Please *do not* email or call immediately following the issuance of your VN; time is needed to process VNs from the field to the court. The prosecutor in Yellowstone cases is an assigned AUSA. If you or your counsel have any questions regarding your case, procedures, or options to resolve your case, you may contact the U.S. Attorney's legal assistant, Amanda Hudson, at USAWY.YNPCases@usdoj.gov or at 307-344-2119. Ms. Hudson can then facilitate with contacting the correct, assigned AUSA in your case. Both Ms. Hudson and the assigned AUSA are *NOT* your attorney, and they cannot provide legal advice. Anything that you say to them may be used against you in court.

If you are unable to reach Ms. Hudson you may contact the Yellowstone Court Liaison Officer at 307-344-2853 or at yell_leo@nps.gov. Again, the Yellowstone Court Liaison Officer is *NOT* your attorney, they cannot provide legal advice, and anything you say to them may be used against you in court.

**Failure to Appear**: Failure to appear in court when you are issued a court appearance will result in a federal warrant being issued for your arrest and/or a suspension placed on your driver's license. This warrant may be served anywhere in the United States, including at the border.

---

**No Proof of Liability Insurance**: If you received a VN for not having written proof of liability insurance, and you had insurance at the time you were given the VN, you may be able to have your ticket dismissed. To do so, contact your insurance company and have them email proof that you had valid insurance *at the time of the offense* to USAWY.YNPCases@usdoj.gov. Please include the VN number, found at the top of your VN, in the email. Once your insurance information has been received and verified, someone with the AUSA's office will call you with an updated status of your case.

---

United States District Court Email: YNP_DC@wyd.uscourts.gov
Assistant United States Attorney Email: USAWY.YNPCases@usdoj.gov
Assistant United States Attorney Phone: 307-344-2119
Yellowstone Court Liaison Officer Phone: 307-344-2853

*Revised 04/18/2023*



BOISE ID 837

12 AUG 2023  PM 2  L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831

Nathan Edward Banks
% 70 N 4161 E
Rigby, Idaho