**FILED**

4:30 pm, 8/17/23

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

☑ Violation Notice ☐ Information ☐ Complaint

vs

Case Number   L:23-PO-00536-SAH-1

NATHAN E BANKS

Defendant

Violation Charged
Operate vehicle in excess of posted speed limit (1)

Citation Number   (9112547)

Date Violation Notice Issued   08/10/2023       Place       WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 1:42-2:20

Interpreter

Date  August 17, 2023

Interpreter Telephone

Before the Honorable Stephanie A. Hambrick

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear        Warrant issued on

☑ Appeared    ☐ By telephone

        ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

        ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED

☐ Attorney waived

☑ Court orders case continued to       Sep 27, 2023       at   2:00
     reason:      Status conference

☐ Bail is set at

        ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

WY 59

Rev. 10/17/2022

Petty Offenses/Misdemeanors Minute Sheet
L:23-PO-00536-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

---

☑ Informed of charges and rights          Date  August 17, 2023
☑ Defendant arraigned                     Date  August 17, 2023
☑ Court accepts plea          Defendant enters ☐ Guilty          ☑ Not Guilty Plea
☐ Trial          Witnesses

☐ Disposition
        ☐ Not Guilty
        ☐ Guilty
        ☐ Dismissed
        ☐ Collateral Forfeited
        ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence          Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
        ☐ With Supervision          ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                    Payable
☐ Restitution             To
☐ Community Service       To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  The defendant would not answer questions about his rights, charge or how he pleads. Judge Hambrick entered a not guilty plea on his behalf.  The defendant appeared in person.