# NOTICE OF DISHONOR

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 AUG 22 AM 1: 45

MARGARET BOTKINS, CLERK
CHEYENNE

Notice Date:   Day: Eighteen   Month: Eight   Year: 2023 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**", dated Day: Eleven Month: Eight Year 2023 CE, in reply to your Presentment "**United States District Court Violation Notice Location Code** WYNP **Violation Number** 9112547 Officer Name Dedra Martin Officer No. 2974 08/10/23 13:23 APPEARANCE IS REQUIRED A YOUR COURT DATE Court Address MAMMOTH COURT Date 08/17/2020 Time 13:30 *9112547*, INSTRUCTIONS - KEEP THIS COPY FOR YOUR RECORDS - If BOX A YOU MUST APPEAR IN COURT Central Violations Bureau P.O. Box 780549 San Antonio, TX 78278-0549, **United States District Court Violation Notice WHAT IF I HAVE QUESTIONS? PAYMENT INSTRUCTIONS** Central Violations Bureau PO Box 780549 San Antonio, TX 78278, **United States Department of the Interior** National Park Service Yellowstone National Park PO Box 168 Yellowstone National Park, WY 82190 **MANDATORY APPEARANCE INFORMATION** Federal Court in Mammoth Hot Springs, Yellowstone National Park, WY 82190 *This is the only court that will hear your case Revised 04/18/2023*" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Officer Dedra Martin, ℅ Clerk of the Court, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Honorable Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Chief Judge Honorable Scott W. Skavdahl, 111 South Wolcott, Casper, Wyoming 82601-2534
cc: Ariel C. Calmes, P.O. Box 580, Evanston, Wyoming 82931-0580
cc: United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602-5010
cc: Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278-0549
cc: United States Department of the Interior, National Park Service, Yellowstone National Park, PO Box 168, Yellowstone National Park, Wyoming 82190



Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
19 AUG 2023 PM 1 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831