# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:       Day: Twenty         Month: Eight         Year: 2023 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 24 2023
10:50 a.m.
Margaret Botkins, Clerk
Cheyenne

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point by point.**

- Have you taken notice of the return mailing address on my notices?
- When is the conference call and how do I access it?
- Does the Court record reflect that I have Accepted and Returned all the offers and presentments of the Court Clerk, this Court, and the Prosecutor for settlement and closure of this matter?
- Does the Court record reflect that I have requested you close account L:23-po-00536-SAH-1 and issue the order of the court to me immediately?
- Does the Court Record reflect that the Accepted Offers and Presentments returned in this matter constitute a liability on the Court Clerk, this Court, and the Prosecutor?
- What is the status of this account as I have Honored your presentments?
- What controversy is there left to adjudicate?
- What is the purpose of the conference call?

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT
RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Nathan Edward Banks*
Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Officer Debra Martin, ℅ Clerk of the Court, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Chief Judge Honorable Scott W. Skavdahl, 111 South Wolcott, Casper, Wyoming 82601-2534
Ariel C. Calmes, P.O. Box 580, Evanston, Wyoming 82931-0580
United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602-5010
Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278-0549
United States Department of the Interior, National Park Service, Yellowstone National Park, PO Box 168, Yellowstone National Park, Wyoming 82190

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

21 AUG 2023 PM 2 L



Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831