STATEMENT OF RIGHTS/WAIVER OF DEFENDANT'S RIGHTS

"Accepted"
August 17, 2023
Nathan Edward Banks

**DEFENDANT INFORMATION** *Please complete with CURRENT information*   **FILED**

NAME: _____

PREFERRED TITLE:   DR ☐   MR ☐   MRS ☐   MS ☐   MX ☐   OTHER: _____

PREFER TO BE CALLED: _____

9:42 am, 8/29/23
~~U.S. Magistrate Judge~~

By entering my name in this location I am agreeing that this may act as my electronic signature on the submitted forms and I waive any requirement to submit an ink signature.

VIOLATION NUMBER(S) _____

MAILING ADDRESS _____

CITY _____   STATE ____   ZIP _____

HOME PHONE _____   CELL PHONE _____

LAST 4 SOCIAL SECURITY No. ____   DATE OF BIRTH _____   AGE ___

EMAIL ADDRESS _____

US CITIZEN?   YES ☒   NO ☐

The Judge **may** allow you to appear by video if you are unable to travel for your court appearance due to distance or other significant circumstances. **You must appear in person unless approved for video appearance by the Judge.** If you are requesting to appear by phone you must enter the reasons justifying your request. **You will be informed by the court of it's decision as to your request.**

☐ I request appearance by video conference for the following reason:

[   ]

☐ The above information is true and complete to the best of my knowledge.

Dated