STATEMENT OF RIGHTS/WAIVER OF DEFENDANT'S RIGHTS

"Accepted"
August 17, 2023
Nathan Edward Banks

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

9:42 am, 8/29/23
**U.S. Magistrate Judge**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: |
| Defendant. | |

## WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL
## EITHER RETAINED OR APPOINTED

I, _____, defendant in the above designated action, having been scheduled to appeared before a United States Magistrate Judge for the District of Wyoming, who has or will fully informed me of: (1) the charges(s) set forth in the complaint or violation notice; (2) the range of penalties, including the maximum sentence of confinement and fine, that may be imposed upon conviction; (3) my right to be represented by counsel and that if I am financially unable to employ counsel, I may request the Court to appoint counsel to represent me; and (4) that the Court will not appoint counsel if a sentence of confinement will not be imposed; do hereby, with the full understanding of the charge(s) and with full realization that in defending this charge(s) the experience and professional training of an attorney would be helpful, specifically waive the right to be represented by counsel in this case, either retained or appointed, and I do hereby acknowledge that the Judge has or will make personal inquiry of me to ascertain my thorough knowledge and understanding of all that I have herein stated.

/s/ _____

Dated                                  Signature of Defendant

Please save and email a completed copy of this form to:     ynp_dc@wyd.uscourts.gov