# NOTICE OF DISHONOR



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
SEP 11 2023
Margaret Botkins, Clerk
Cheyenne

Notice Date:   Day: Four   Month: Nine   Year: 2023 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

23-PO-536-H

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF INQUIRY**", dated Day: Twenty Month: Eight Year 2023 CE has been dishonored.

I intend to look to you for performance.

Sincerely,

*Nathan Edward Banks*
Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Officer Debra Martin, ℅ Clerk of the Court, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Chief Judge Honorable Scott W. Skavdahl, 111 South Wolcott, Casper, Wyoming 82601-2534
Ariel C. Calmes, P.O. Box 580, Evanston, Wyoming 82931-0580
United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602-5010
Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278-0549
United States Department of the Interior, National Park Service, Yellowstone National Park, PO Box 168, Yellowstone National Park, Wyoming 82190



Nathan Edward Banks
% 70 N 4161 E
Rigby, Idaho

BOISE ID 836
5 SEP 2023 23 2 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658