# NON-NEGOTIABLE NOTICE OF ACCEPTANCE



```
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 SEP 22  AM 11: 17
MARGARET BOTKINS, CLERK
              Cheyenne
```

Notice Date:   Day: Eighteen       Month: Nine        Year: 2023 CE

U.S. Department of Justice
United States Attorney's Office
District of Wyoming
Post Office Box 22211
Casper, Wyoming 82602

In reply to: "**U.S. Department of Justice** *Nicholas Vassallo United States Attorney District of Wyoming J.C. O'Mahoney Federal Courthouse 2120 Capitol Avenue, Suite 4000 P.O. Box 668 Cheyenne, WY 82003-0668* September 11, 2023 Enclosed USB/thumb drive containing discovery materials 23-PO-536 contact me to receive the password to access the files Respectfully NICHOLAS VASSALLO United States Attorney By: *Amanda R. Hudson* AMANDA R. HUDSON Legal Administrative Specialist to AUSA, Ariel Calmes 4GB"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "**U.S. Department of Justice** *Nicholas Vassallo United States Attorney District of Wyoming J.C. O'Mahoney Federal Courthouse 2120 Capitol Avenue, Suite 4000 P.O. Box 668 Cheyenne, WY 82003-0668* September 11, 2023 Enclosed USB/thumb drive containing discovery materials 23-PO-536 contact me to receive the password to access the files Respectfully NICHOLAS VASSALLO United States Attorney By: *Amanda R. Hudson* AMANDA R. HUDSON Legal Administrative Specialist to AUSA, Ariel Calmes 4GB" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 23-PO-536 and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Eighteen          Month: Nine          Year: 2023 CE



U.S. Department of Justice
United States Attorney's Office
District of Wyoming
Post Office Box 22211
Casper, Wyoming 82602

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "**U.S. Department of Justice** *Nicholas Vassallo United States Attorney District of Wyoming J.C. O'Mahoney Federal Courthouse 2120 Capitol Avenue, Suite 4000 P.O. Box 668 Cheyenne, WY 82003-0668* September 11, 2023 Enclosed USB/thumb drive containing discovery materials 23-PO-536 contact me to receive the password to access the files Respectfully NICHOLAS VASSALLO United States Attorney By: *Amanda R. Hudson* AMANDA R. HUDSON Legal Administrative Specialist to AUSA, Ariel Calmes 4GB"

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Nicholas Vassallo, United States Attorney, U.S. Department of Justice, District of Wyoming, P.O. Box 668, Cheyenne, Wyoming 82003-0668
cc: Ariel Calmes, AUSA, ℅ Amanda R. Hudson, United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 836
19 SEP 2023 PM 2 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831