# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

4:34 pm, 9/27/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

  Plaintiff,

vs.

Nathan E Banks

  Defendant.

Case Number: L:23-PO-00536-SAH-1

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only     ☑ This was a Telephonic Hearing

Date: 09/27/2023   Time: 1:56-2:03   (Telephonic)

| Stephanie A. Hambrick | Jessica Jarvis | TEAMS | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)   Waived

Attorney(s) for Government   Ariel Calmes

Other:

Bench Trial in person at Mammoth Courthouse set for 10/27/2023 at 1:30pm.

WY 51

Rev. 07/18/2023