Ariel C. Calmes
Wyoming State Bar No. 7-4807
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
Ariel.calmes@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. L:23-PO-536-SAH |
| **NATHAN E. BANKS,** | |
| Defendant. | |

### PRAECIPE FOR ISSUANCE OF SUBPOENA

The Clerk will please issue one subpoena in the above-entitled case.

DATED this 4th day of October 2023.

                                          NICHOLAS VASSALLO
                                          United States Attorney

                   By:    */s/ Ariel C. Calmes*
                            ARIEL C. CALMES
                            Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2023, a true and correct copy of the foregoing was served upon the defendant by depositing same, postage prepaid, in the United States Mail addressed to:

                                                            */s/ Amanda R. Hudson*
                                                            For the United States Attorney's Office

Nathan E. Banks
c/o 70 N. 4161 E.
Rigby, ID 83442