State of Idaho        )
                      ) SS.
County of Jefferson   )

Certificate #1017

**COPY**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 OCT 10 PM 2:02
MARGARET BOTKINS, CLERK
CHEYENNE

# CERTIFICATE OF DISHONOR

Identity of instrument-    NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Date of instrument-    Day Eleven Month Eight Year 2023 CE

Date of mailing-    August 11, 2023

Place of mailing-    USPS Rigby, Idaho 83442

Person(s) obligated or to become obligated-    Yellowstone Justice Center

Place of presentment-    P.O. Box 387, Yellowstone National Park, Wyoming 82190

## FORMAL STATEMENT

I, _Tina M. Stowers_, Notary Public in and for the STATE OF IDAHO upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE dated Day Eleven Month Eight Year 2023 CE signed by Nathan Edward Banks, was duly made on August 11, 2023 to Yellowstone Justice Center at P.O. Box 387, Yellowstone National Park, Wyoming 82190. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Rigby, Idaho 83442 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR ~~has been given to some or all of the parties~~.

WITNESS my hand and official seal, this _2nd_ Day of _October_, 2023.

_[signature: Tina M. Stowers]_
Signature

TINA STOWERS
Notary Public - State of Idaho
Commission Number 68653
My Commission Expires Oct 17, 2028

My appointment expires: _10-17-2028_

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
6 OCT 2023  PM 2  L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831