State of Idaho ) 
                 ) SS.
County of Jefferson )

Certificate #1016

**FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 2023 OCT 10 PM 2:02 MARGARET BOTKINS, CLERK CHEYENNE**

COPY

# CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | NON-NEGOTIABLE NOTICE OF ACCEPTANCE |
| Date of instrument- | Day Eleven Month Eight Year 2023 CE |
| Date of mailing- | August 11, 2023 |
| Place of mailing- | USPS Rigby, Idaho 83442 |
| Person(s) obligated or to become obligated- | Stephanie A. Hambrick |
| Place of presentment- | Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190 |

## FORMAL STATEMENT

I, **Tina M. Stowers**, Notary Public in and for the STATE OF IDAHO upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE dated Day Eleven Month Eight Year 2023 CE signed by Nathan Edward Banks, was duly made on August 11, 2023 to Stephanie A. Hambrick at Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Rigby, Idaho 83442 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all of the parties.

WITNESS my hand and official seal, this **2nd** Day of **October**, 2023.

TINA STOWERS
Notary Public - State of Idaho
Commission Number 68653
My Commission Expires Oct 17, 2028

_Tina M. Stowers_
Signature

My appointment expires: **10-17-2028**



Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
6 OCT 2023  PM 2  L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831