# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Eleven   Month: Ten   Year: 2023 CE



Stephanie A. Hambrick,
United States Magistrate Judge
United States District Court
P.O. Box 387
Yellowstone National Park, Wyoming 82190

In reply to: "UNITED STATES L:23-po-00536-SAH-1 Yellowstone Justice Center 105 Albright Ave Mammoth YNP, WY 82190 Stephanie A. Hambrick, United States Magistrate Judge 10/27/2023 01:30 PM 4th day of October, 2023. Margaret Botkins Clerk of the Court Jessica Jarvis Deputy Clerk WY35 Rev 12/2/2022"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "UNITED STATES L:23-po-00536-SAH-1 Yellowstone Justice Center 105 Albright Ave Mammoth YNP, WY 82190 Stephanie A. Hambrick, United States Magistrate Judge 10/27/2023 01:30 PM 4th day of October, 2023. Margaret Botkins Clerk of the Court Jessica Jarvis Deputy Clerk WY35 Rev 12/2/2022" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "UNITED STATES L:23-po-00536-SAH-1 Yellowstone Justice Center 105 Albright Ave Mammoth YNP, WY 82190 Stephanie A. Hambrick, United States Magistrate Judge 10/27/2023 01:30 PM 4th day of October, 2023. Margaret Botkins Clerk of the Court Jessica Jarvis Deputy Clerk WY35 Rev 12/2/2022"

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: U.S. Department of Justice, United States Attorneys Office, District of Wyoming , Post Office Box 22211, Casper, Wyoming 82602
cc: Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602



Nathan Edward Banks
% 70 N 4161 E
Rigby, Idaho

BOISE ID 837
12 OCT 2023 PM 2 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831