# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:   Day: Ten   Month: Ten   Year: 2023 CE

U.S. Department of Justice
United States Attorneys Office
District of Wyoming
Post Office Box 22211
Casper, Wyoming 82602

In reply to: "Ariel C. Calmes Wyoming State Bar No. 7-4807 Assistant United States Attorney District of Wyoming P.O. Box 22211 Casper, WY 82602 **L:23-PO-536-SAH** 4th day of October 2023 NICHOLAS VASSALLO United States Attorney By: /s/ Ariel C. Calmes ARIEL C. CALMES Assistant United States Attorney, **CERTIFICATE OF SERVICE** October 4, 2023 /s/ Amanda R. Hudson For the United States Attorney's Office"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "Ariel C. Calmes Wyoming State Bar No. 7-4807 Assistant United States Attorney District of Wyoming P.O. Box 22211 Casper, WY 82602 **L:23-PO-536-SAH** 4th day of October 2023 NICHOLAS VASSALLO United States Attorney By: /s/ Ariel C. Calmes ARIEL C. CALMES Assistant United States Attorney, **CERTIFICATE OF SERVICE** October 4, 2023 /s/ Amanda R. Hudson For the United States Attorney's Office" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue

Sincerely,

*Nathan Edward Banks*
Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "Ariel C. Calmes Wyoming State Bar No. 7-4807 Assistant United States Attorney District of Wyoming P.O. Box 22211 Casper, WY 82602 **L:23-PO-536-SAH** 4th day of October 2023 NICHOLAS VASSALLO United States Attorney By: /s/ Ariel C. Calmes ARIEL C. CALMES Assistant United States Attorney, **CERTIFICATE OF SERVICE** October 4, 2023 /s/ Amanda R. Hudson For the United States Attorney's Office"

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602
cc: Nicholas Vassallo, United States Attorney, United States Attorney's Office, Post Office Box 22211, Casper, Wyoming 82602-5010

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
12 OCT 2023 PM 2 L



Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831