# NON-NEGOTIABLE NOTICE OF ACCEPTANCE



Notice Date:   Day: Eleven   Month: Ten   Year: 2023 CE

Stephanie A. Hambrick
United States Magistrate Judge
United States District Court
P.O. Box 387
Yellowstone National Park, Wyoming 82190

In reply to: "9/27/23, 11:55 AM L:23-po-00536-SAH Notice of Electronic Filing 9/27/2023 at 11:55 AM MDT Judge Stephanie A Hambrick **L:23-00536-SAH-1** 1/1"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "9/27/23, 11:55 AM L:23-po-00536-SAH **Notice of Electronic Filing** 9/27/2023 at 11:55 AM MDT Judge Stephanie A Hambrick **L:23-00536-SAH-1** 1/1" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "9/27/23, 11:55 AM L:23-po-00536-SAH **Notice of Electronic Filing** 9/27/2023 at 11:55 AM MDT Judge Stephanie A Hambrick **L:23-00536-SAH-1** 1/1"

cc: Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: U.S. Department of Justice, United States Attorneys Office, District of Wyoming, Post Office Box 22211, Casper, Wyoming 82602
cc: Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

12 OCT 2023 PM 2 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831