State of Idaho            )
                          ) SS.
County of Jefferson       )

Certificate #1018

COPY

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 OCT 16  PM 2:18
MARGARET BOTKINS, CLERK
CHEYENNE

# CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | NON-NEGOTIABLE NOTICE OF ACCEPTANCE |
| Date of instrument- | Day Eleven Month Eight Year 2023 CE |
| Date of mailing- | August 11, 2023 |
| Place of mailing- | USPS Rigby, Idaho 83442 |
| Person(s) obligated or to become obligated- | Margaret Botkins |
| Place of presentment- | United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658 |

## FORMAL STATEMENT

I, _Tina M. Stowers_, Notary Public in and for the STATE OF IDAHO upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE dated Day Eleven Month Eight Year 2023 CE signed by Nathan Edward Banks, was duly made on August 11, 2023 to Margaret Botkins at United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Rigby, Idaho 83442 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all of the parties.

WITNESS my hand and official seal, this _2nd_ Day of _October_, 2023.

TINA STOWERS
Notary Public - State of Idaho
Commission Number 68653
My Commission Expires Oct 17, 2028

_Tina M. Stowers_
Signature

My appointment expires: 10-17-2028

Nathan Edward Banks

% 70 N 4161 E

Rigby, Idaho

BOISE ID 837

12 OCT 2023 PM 2 L

Margaret Botkins, Clerk of the Court

United States District Court

2120 Capitol Avenue

Room 2131

Cheyenne, Wyoming 82001-3658

82001-365831