# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:     Day: Sixteen     Month: Ten     Year: 2023 CE

Judge Stephanie A. Hambrick
Yellowstone Justice Center
P.O. Box 387
Yellowstone National Park, Wyoming 82190

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point by point.**

- Does the Court record reflect that I have Accepted and Returned all the offers and presentments of the Court Clerk, this Court, and the Prosecutor for settlement and closure of this matter?
- What controversy is there left to adjudicate?
- Does the Court Record reflect that the Accepted Offers and Presentments returned in this matter constitute a liability on the Court Clerk, this Court, and the Prosecutor?
- Does the Court record reflect that this Court, the Clerk, and the Prosecutor are all in dishonor in this matter?
- Does the Court record reflect that once a fine is assessed, the matter is settled?
- Did you take an oath to uphold the Constitution of the United States?
- Does the Court record reflect that I reserved all of my rights with explicit reservation and without prejudice, including, but not limited to, my right to a trial by Jury of my peers, and my right to a speedy trial?
- Are you attempting to violate my rights with a Bench trial set for October 27, 2023 when our first court date was on August 17, 2023?

## I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

*Nathan Edward Banks*
Nathan Edward Banks
% 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602

Page 1 of 1

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

17 OCT 2023  PM 1  L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831