# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:     Day: Fourteen     Month: Eleven     Year: 2023

Judge Stephanie A. Hambrick
Yellowstone Justice Center
P.O. Box 387
Yellowstone National Park, Wyoming 82190

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
NOV 20 2023
12:23 pm
Margaret Botkins, Clerk
Cheyenne

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point by point.**

- Does the record reflect that I have accepted all of your irrevocable offers and presentments, which has created a contractual obligation upon you to settle and close this matter, and that this court, the clerk, Judge Hambrick, and the plaintiff are in dishonor in this matter?

- Judge Hambrick, are you making me a new offer?

- Does the record reflect that the ignorance of the judge is the misfortune of the innocent?

- Why does Case number L:23-po-00536-SAH-1 have CUSIP number 693391617 being traded under symbol PMLAX for PIMCO Municipal Bond Fund associated with it? Doesn't CUSIP stand for Committee on Uniform Security Identification Procedures?

- Is it ethical for a judge to administer judgement when they have a financial interest in said matter?

- Judge Hambrick, are you attempting to use threats, duress, coercion, force and/or fear to get me to accept something for your financial or political benefit, or the financial or political benefit of third parties?

- Why have you not notified Central Violations Bureau that I have honored your offer for settlement and closure for number 9112547?

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE. I RESERVE THE RIGHT TO NOTIFY ANY AND ALL GOVERNMENT OFFICIALS, THE U.S., WYOMING AND WASHINGTON BAR, AS WELL AS THE PUBLIC OF YOUR DISHONORS.**

Sincerely,

*Nathan Edward Banks*
Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
Chief Judge Scott W. Skavdahl, 111 South Wolcott, Casper, Wyoming 82601-2534
Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278-0549
Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
15 NOV 2023 PM 2  L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831