# NOTICE OF DISHONOR



Notice Date:   Day: Fifteen       Month: Eleven       Year: 2023 CE

Judge Stephanie A. Hambrick
Yellowstone Justice Center
P.O. Box 387
Yellowstone National Park, Wyoming 82190

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF INQUIRY**", dated Day: Seventeen Month: Ten Year 2023 CE, has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602

Page 1 of 1



Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
15 NOV 2023 PM 2 L

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831