State of Idaho          )
                        ) SS.
County of Jefferson     )

**FILED**
10:08 am, 11/22/23
**Margaret Botkins**
**Clerk of Court**

Certificate #1020

COPY

# CERTIFICATE OF DISHONOR

| | |
|---|---|
| Identity of instrument- | NON-NEGOTIABLE NOTICE OF ACCEPTANCE |
| Date of instrument- | Day Eleven Month Eight Year 2023 CE |
| Date of mailing- | August 11, 2023 |
| Place of mailing- | USPS Rigby, Idaho 83442 |
| Person(s) obligated or to become obligated- | Scott W. Skavdahl |
| Place of presentment- | 111 South Wolcott, Casper, Wyoming 82601-2534 |

## FORMAL STATEMENT

I, __Michelle Lima__, Notary Public in and for the STATE OF IDAHO upon information satisfactory to me, certify that presentment of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE dated Day Eleven Month Eight Year 2023 CE signed by Nathan Edward Banks, was duly made on August 11, 2023 to Scott W. Skavdahl at 111 South Wolcott, Casper, Wyoming 82601-2534. The Presentment was sealed in an envelope and deposited in the mail with the postage thereon, fully prepaid, in Rigby, Idaho 83442 and the instrument has been dishonored by nonacceptance or nonpayment. I also certify that NOTICE OF DISHONOR has been given to some or all of the parties.

WITNESS my hand and official seal, this __17__ Day of __November__, 2023.

MICHELLE LIMA
Notary Public - State of Idaho
Commission Number 20213535
My Commission Expires Aug 2, 2027

_____
Signature

My appointment expires: 08-02-2027

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837
17 NOV 2023 PM 2  L



Judge Stephanie A. Hambrick
Yellowstone Justice Center
P.O. Box 387
Yellowstone National Park, Wyoming 82190

82190-038787