

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date:    Day: Twenty-one         Month: One         Year: 2024 CE

Central Violations Bureau
Post Office Box 780549
San Antonio, Texas 78278

In reply to: "Central Violations Bureau P.O. Box 78059 San Antonio, TX 78278 **NOTICE** 01/01/2024 9112547 WYNP **NOTICE,** 9112547 WYNP **CENTRAL VIOLATIONS BUREAU** CENTRAL VIOLATIONS BUREAU P.O. BOX 780549 SAN ANTONIO, TX 78278-0549"

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, accept your Presentment "Central Violations Bureau P.O. Box 78059 San Antonio, TX 78278 **NOTICE** 01/01/2024 9112547 WYNP **NOTICE,** 9112547 WYNP **CENTRAL VIOLATIONS BUREAU** CENTRAL VIOLATIONS BUREAU P.O. BOX 780549 SAN ANTONIO, TX 78278-0549" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you issue me the Appearance Bond and waive all Public costs;
- I request you close the Account 9112547 and issue the Order of the Court to me immediately;
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

Attachment: "Central Violations Bureau P.O. Box 78059 San Antonio, TX 78278 **NOTICE** 01/01/2024 9112547 WYNP **NOTICE,** 9112547 WYNP **CENTRAL VIOLATIONS BUREAU** CENTRAL VIOLATIONS BUREAU P.O. BOX 780549 SAN ANTONIO, TX 78278-0549"

cc: U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602
cc: Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

22 JAN 2024   PM 1   L



Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831