# NON-NEGOTIABLE NOTICE OF INQUIRY

Notice Date:     Day: Seven          Month: Two          Year: 2024 CE

Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 12 2024

Margaret Botkins, Clerk
Cheyenne

**PLEASE TAKE NOTICE** that I, Nathan Edward Banks, a sentient moral being, serve this Non-Negotiable Notice of Inquiry attached to you. **Please respond within three (3) days of receipt of this Notice. Dishonor may result if you fail to respond point by point.**

- Does the court's record reflect that because Constitutional money was taken away from us, the remedy at hand is that negotiable instruments pass freely as a substitute for money as indicated in your UCC and that my Acceptance and return of the clerk's, this court's, Central Violations Bureau's, and the plaintiff's offers and presentments pass freely on their face and create a liability upon the clerk, this court, Central Violations Bureau, and the plaintiff to settle and close this matter immediately?

- Does the court's record reflect that this court, the clerk, Judge Hambrick, Central Violations Bureau, and the plaintiff are in dishonor in this matter?

- Does the court's record reflect that I hereby Accept any further proceedings in this matter and return them ATTACHED to you in personam for settlement and closure?

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE. I RESERVE THE RIGHT TO NOTIFY ANY AND ALL GOVERNMENT OFFICIALS, AS WELL AS THE PUBLIC OF YOUR DISHONORS.**

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

**Also Noticed:**
U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220
Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602
Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190
Central Violations Bureau, Post Office Box 780549, San Antonio, Texas 78278

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

7 FEB 2024   PM 1   L



Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831