

# NOTICE OF DISHONOR

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF WYOMING*

*FEB 12 2024  1:10 pm*
*Margaret Botkins, Clerk*
*Cheyenne*

Notice Date:   Day: Six   Month: Two   Year: 2024 CE

Central Violations Bureau
Post Office Box 780549
San Antonio, Texas 78278

**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**", dated Day: Twenty-one Month: One Year 2024 CE, has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Nathan Edward Banks*

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

cc: U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220
cc: Margaret Botkins, Clerk of the Court, United States District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001-3658
cc: Ariel Christine Calmes, DOJ-USAO, Post Office Box 22211, Casper, Wyoming 82602
cc: Judge Stephanie A. Hambrick, Yellowstone Justice Center, P.O. Box 387, Yellowstone National Park, Wyoming 82190

Nathan Edward Banks
℅ 70 N 4161 E
Rigby, Idaho

BOISE ID 837

7 FEB 2024   PM 1   L



Margaret Botkins, Clerk of the Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, Wyoming 82001-3658

82001-365831